UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**YOLANDA MINUS,**

    **Plaintiff,**

CASE NO.: 9:20-cv-80627-WPD

v.

**CREDIT ACCEPTANCE CORPORATION,**

    **Defendant.**

---

## NOTICE OF PENDING SETTLEMENT

Plaintiff**,** YOLANDA MINUS, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, YOLANDA MINUS, and Defendant, CREDIT ACCEPTANCE CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

 

*/s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq**.
Florida Bar No.:  98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 16, 2020, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                        */s/Amanda J. Allen, Esq.*
                                        **Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*