UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

YOLANDA MINUS,

    Plaintiff,

v.                                                  CASE NO.: 9:20-cv-80627-WPD

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Yolanda Minus, and the Defendant, Credit Acceptance Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Jacqueline Simms-Petredis, Esq.* |
| Amanda J. Allen, Esquire | Jacqueline Simms-Petredis, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 906751 |
| Amanda@TheConsumerProtectionFirm.com | jsimms-petredis@burr.com |
| THE CONSUMER PROTECTION FIRM | BURR & FORMAN LLP |
| 4030 Henderson Blvd. | 201 N. Franklin Street, Suite 3200 |
| Tampa, FL 33629 | Tampa, FL 33602 |
| Tele: (813) 500-1500 | Tele: (813) 221-2626 |
| Fax: (813) 435-2369 | Fax: (813) 221-7335 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## CERTIFICATE OF SERVICE

I certify that on August 3, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
***Attorney for Plaintiff***