UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-80627-WPD

YOLANDA MINUS,

       Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION,

       Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 23], (the "Stipulation"), filed herein on August 3, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 23] is **APPROVED**;
2. This case is hereby **DISMISSED** with prejudice;
3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of August, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record